NUMBER 13-08-00219-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

MATTHEW KELLY MEDLEY, APPELLANT,


v.



MOVAC SERVICE CO., INC., APPELLEE. 

 

_____________________________________________________________


On Appeal from the 92nd District Court 


of Hidalgo County, Texas.


______________________________________________________________



MEMORANDUM OPINION


 

Before Justices Yañez, Garza, and Vela


Memorandum Opinion Per Curiam


 Appellant perfected an appeal from a judgment entered by the 92nd District Court
of Hidalgo County, Texas, in cause number C-094-08-A. Appellee has filed an amended
motion to dismiss the appeal. Appellee requests that this Court dismiss the appeal
because the trial court has signed a Joint Agreed Order Dissolving the Temporary
Injunction, rendering this appeal moot. More than ten days have passed since this motion
was filed and appellant has not filed a response; however, appellant agrees that the trial
court's order may "pretermit the need for addressing the merits of this appeal." 

 The Court, having considered the documents on file and appellee's amended
motion to dismiss the appeal, is of the opinion that the motion should be granted. See Tex.
R. App. P. 42.1(a). Appellee's motion to dismiss is granted, and the appeal is hereby
DISMISSED. Costs will be taxed against appellant. See Tex. R. App. P. 42.1(d) ("Absent
agreement of the parties, the court will tax costs against the appellant."). Pending motions,
if any, are likewise DISMISSED.


 PER CURIAM

Memorandum Opinion delivered and 

filed this the 12th day of February, 2009.